**Order entered September 25, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00516-CV**

**ANDREW CHOI, SN DALLAS-AMERICAN CORPORATION,**
**NEHA GUPTA, AND AVINASH GUPTA, Appellants**

**V.**

**BRIXMOR HOLDINGS 12 SPE, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18475**

**ORDER**

Before the Court is the September 23, 2020 unopposed second motion of appellant Andrew Choi for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **October 2, 2020**.

Also before the Court is the September 23, 2020 unopposed second motion of appellants SN Dallas-American Corporation, Neha Gupta, and Avinash Gupta

for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 26, 2020**.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE